UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony J. King

v.                                        Case No. 23-cv-361-SE-AJ

Tracy M. Culberson

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 17, 2024. For the reasons explained therein, King's petition (document no. 1) is dismissed for failure to state an actionable claim for habeas relief. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: February 19, 2025

cc:  Anthony J. King, pro se
     Counsel of Record